## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Freitag, Paul G | Case Number: 08 B 00020 |
| | Judge: Wedoff, Eugene R |
| Printed: 4/15/08 | Filed: 1/2/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: February 28, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 2. | Crystal Tree Homeowners Association | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 0.00 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 0.00 | 0.00 |
| 6. | Capital One | Unsecured | 0.00 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 0.00 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 0.00 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 0.00 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 11. | B-Real LLC | Unsecured | 0.00 | 0.00 |
| 12. | Kenneth J Donkel | Secured | | No Claim Filed |
| 13. | Kenneth J Donkel | Secured | | No Claim Filed |
| 14. | Collection Company Of America | Unsecured | | No Claim Filed |
| 15. | Kenneth J Donkel | Unsecured | | No Claim Filed |
| 16. | LVNV Funding | Unsecured | | No Claim Filed |
| 17. | Collection Company Of America | Unsecured | | No Claim Filed |
| 18. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 19. | Nicor Gas | Unsecured | | No Claim Filed |
| 20. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 21. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 22. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 23. | Lease Finance Group | Unsecured | | No Claim Filed |
| 24. | LVNV Funding | Unsecured | | No Claim Filed |
| 25. | Sherman Acquisition | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Freitag, Paul  G

Printed:  4/15/08

Case Number:  08 B 00020

Judge:  Wedoff, Eugene R

Filed:  1/2/08

| | | | |
|---|---|---|---|
| 26. | National Credit System | Unsecured | No Claim Filed |
| 27. | Portfolio Recovery Associates | Unsecured | No Claim Filed |
| 28. | Professional Account Management | Unsecured | No Claim Filed |
| 29. | Collection Company Of America | Unsecured | No Claim Filed |
| 30. | Credit Protection Association | Unsecured | No Claim Filed |

_____         _____
$ 0.00                   $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate          Total Fees

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: